UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN BETANZOS VAZQUEZ,

    Petitioner,

 v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO.  CRO5-5089RBL

ORDER REQUIRING ANSWER

   This matter comes before the court on the Petitioner's Motion to Set Aside Sentence/Conviction pursuant to 28: U.S.C. §2255.

   Therefore, it is hereby ORDERED that:

   (1)  If not previously accomplished, the Clerk shall arrange for service upon the United States Attorney,  copies of the 2255 motion and of all documents in support thereof.

   (2) The United States shall **file and serve an answer** in accordance with Rule 5 of the Rules Governing §2255 Cases in United States District Courts not later than **APRIL 30, 2007.**   As part of such  answer, the United States should state its position as to whether an evidentiary hearing is necessary and whether there is any issue as to abuse or delay under Rule 9.

    The respondent shall file the answer with the Clerk of the Court and serve a copy of the answer upon the petitioner or petitioner's counsel. .

   (3) Any reply by the petitioner shall be filed and served on or before **MAY 24, 2007**.

**The Clerk shall note the 2255 Motion, on the court's calendar, for Friday, MAY 25, 2007.**

   The Clerk of this Court is instructed to send uncertified copies of this Order to the petitioner, if unrepresented, and to all counsel of record.

IT IS SO ORDERED this 26th day of March, 2007

                    RONALD B. LEIGHTON
                    UNITED STATES DISTRICT JUDGE

Order Requiring Answer