Judge Leighton

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8 AT TACOMA

9 JUAN A. BETANZOS-VASQUEZ, )
)    NO.   C07-5143RBL
10        Defendant-Petitioner, )         (CR05-5089RBL)
)
11        v. )
)    ORDER TO SEAL
12 UNITED STATES OF AMERICA, )    ATTACHMENT
)
13        Plaintiff-Respondent. )
_____)

14

15        Having reviewed the Attachment to the United States' Answer Opposing Motion

16 Filed Under 28 U.S.C. § 2255, filed under seal in the above-captioned matter, and the

17 United States' Motion to Seal Attachment, requesting that the Attachment be allowed to

18 remain under seal,

19        It is hereby ORDERED that the United States' Attachment in this matter shall

20 remain sealed.

21        DATED this 28th day of April, 2007.

22

23

24        _____
        RONALD B. LEIGHTON
25        UNITED STATES DISTRICT JUDGE

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970