AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

## JUDGMENT IN A CIVIL CASE

JUAN BETANZOS-VAZQUEZ
    Defendant - Petitioner,
    v.

UNITED STATES OF AMERICA      CASE NUMBER: C07-5143RBL
    Plaintiff - Respondent                     (CR05-5089RBL)

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant - Petitioner's Motion pursuant to 28 U.S.C. § is DENIED.

The Court DECLINES to issue a certificate of appealability because the defendant has failed to make "a substantial showing of the denial of a constitutional right. " 28 U.S.C. §2253(c)(2).

DATED : 7/2/2007

                                         BRUCE  RIFKin
                                         *Clerk*

                                          /s/   Jean Boring
                                     *(By) Deputy Clerk*, Jean Boring